scanned

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs.                           ) | Criminal Number 99-43-6 E |
| ) | |
| TODD JONES            ) | |

The above named defendant satisfied the judgment of DECEMBER 21, 2000 by paying on APRIL 5, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  4-20-07
Deputy Clerk                              Date